1 | LATHAM & WATKINS LLP
  | Matthew Rawlinson (SBN 231890)
2 | matthew.rawlinson@lw.com
  | John D. Minton (SBN 223823)
3 | john.minton@lw.com
  | 140 Scott Drive
4 | Menlo Park, CA 94025
  | Telephone: (650) 328-4600
5 | Facsimile: (650) 463-2600

6 | Attorneys for AVIZA TECHNOLOGY, INC.

7 | BIRD, MARELLA, BOXER, WOLPERT,
  | NESSIM, DROOKS & LINCENBERG, P.C.
8 | Ekwan E. Rhow (SBN 174604)
  | eer@birdmarella.com
9 | Thomas R. Freeman (SBN 135392)
10| trf@birdmarella.com
  | Thomas V. Reichert (SBN 171299)
11| tvr@birdmarella.com
  | 1875 Century Park East, 23rd Floor
12| Los Angeles, CA 90067
  | Telephone: (310) 201-2100
13| Facsimile: (310) 201-2110

14|
  | Attorneys for IPS, LTD.
15|
  |                    UNITED STATES DISTRICT COURT
16|
  |                    NORTHERN DISTRICT OF CALIFORNIA
17|
  |                              SOUTHERN DIVISION
18|

**IT IS SO ORDERED**
*Judge James Ware*

19 | AVIZA TECHNOLOGY, INC.,                 | CASE NO. CIV 06-80109 MISC. JW
20 |                  Petitioner,
21 |        v.                               | STIPULATION AND [PROPOSED] ORDER
                                             | REGARDING HEARING AND BRIEFING
22 | IPS, LTD.,                              | SCHEDULE ON AVIZA TECHNOLOGY,
                                             | INC.'S PETITION TO COMPEL
23 |                  Respondent.            | ARBITRATION
24 |                                         | The Honorable James Ware
25

26
27
28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

STIPULATION AND [PROPOSED] ORDER REGARDING HEARING AND
BRIEFING SCHEDULE ON AVIZA TECHNOLOGY, INC.'S
PETITION TO COMPEL ARBITRATION

1  WHEREAS, on May 12, 2006, Petitioner Aviza Technology, Inc. ("Aviza") filed
2  a Petition to Compel Arbitration (the "Petition"), which is currently on file with the Court;
3  WHEREAS, the Petition was noticed for hearing on June 9, 2006;
4  WHEREAS, the Petition was intended to be noticed for hearing on June 19, 2006;
5  WHEREAS, based on a June 19, 2006 hearing date, Respondent IPS, Ltd.'s
6  ("IPS") brief in opposition to the Petition would be due by May 30, 2006 and Aviza's reply brief
7  would be due by June 5, 2006; and
8  WHEREAS, the parties have reached agreement on an alternate hearing date and
9  corresponding briefing schedule;
10  IT IS HEREBY STIPULATED AND AGREED that:
11  The hearing on the Petition will take place on July 10, 2006; IPS must file its
12  opposition brief by June 12, 2006; and Aviza must file any reply brief by June 26, 2006.

Dated: May 22, 2006

LATHAM & WATKINS LLP

By: _____
John D. Minton

Attorneys for Petitioner Aviza Technology, Inc.

Dated: May 22, 2006

BIRD, MARELLA, BOXER, WOLPERT, NESSIM DROOKS & LINCENBERG, P.C.

By: _____
Thomas v. Reichert

Attorneys for Respondent IPS, Ltd.

Having considered the stipulation of the parties and good cause appearing therefore, IT IS SO ORDERED.

Dated: May 24, 2006

_____
UNITED STATES DISTRICT JUDGE

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

1

STIPULATION AND [PROPOSED] ORDER REGARDING HEARING AND BRIEFING SCHEDULE ON AVIZA TECHNOLOGY, INC.'S PETITION TO COMPEL ARBITRATION