IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Aviza Technology, Inc., | NO. MC 06-80109 JW |
| Plaintiff, | **ORDER VACATING HEARING ON PLAINTIFF'S PETITION TO COMPEL ARBITRATION** |
| v. | |
| IPS Ltd., | |
| Defendant. | |

The Court deems Plaintiff's Petition to Compel Arbitration in the above entitled matter appropriate for submission on the papers. See Civ. L.R. 7-1(b). Accordingly, the hearing on July 10, 2006 is vacated.

Dated: July 7, 2006

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

John D. Minton john.minton@lw.com
Thomas V. Reichert tvr@birdmarella.com

**Dated: July 7, 2006**                    **Richard W. Wieking, Clerk**

                                           **By:      /s/ JW Chambers
                                                  Melissa Peralta
                                                  Courtroom Deputy**